OPINION — AG — ** VACATIONS OF PUBLIC EMPLOYEES — COUNTY OFFICIALS — COUNTY EMPLOYEES ** YOU ASK IF THERE IS ANY LAWS ARE IN EXISTENCE GOVERNING VACATIONS, ANNUAL LEAVE FOR COUNTY OFFICIALS AND THEIR DEPUTIES. *** SEE OPINION NO. JULY 28, 1945 — COMMISSIONER OF PUBLIC SAFETY ** CITE: 19 O.S. 149 [19-149], 19 O.S. 339 [19-339], 62 O.S. 483 [62-483], ARTICLE II, SECTION 11 (JAMES P. GARNETT)